**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: September 07, 2016
Docket #: 16-3028cv
Short Title: Pidot v. New York State Board of Electi

DC Docket #: 16-cv-859
DC Court: NDNY (SYRACUSE)
DC Judge: Scullin
DC Judge: Hummel

## NOTICE OF HEARING DATE

**Argument Date/Time:** Wednesday, September 14, 2016 at 10:00 a.m.
**Location:** Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

**Time Allotment:**
| | |
|---|---|
| Philip Pidot, et al. | 10 minutes |
| New York State Board of Election, et al. | 5 minutes |
| Tom Suozzi | 5 minutes |
| v. Jack Martins | 10 minutes |

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

-----

**Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.**

Name of the Attorney/Pro Se presenting argument: Abha Khanna
Firm Name (if applicable): Perkins Coie LLP
Current Telephone Number: (206) 359-8000

The above named attorney represents:
( ) Appellant/Petitioner    ( ) Appellee-Respondent (✓) Intervenor-Appellee Tom Suozzi

Date: 9/9/16      Signature: _Abha Khanna_